**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02308-CMA-CBS

THE HOME LOAN INVESTMENT COMPANY, a Colorado corporation,

    Plaintiff,

v.

THE ST. PAUL MERCURY INSURANCE COMPANY, d/b/a or a/k/a TRAVELERS, a Connecticut corporation,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered. This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge Christine M. Arguello presiding, and the jury has rendered a verdict on June 26, 2014.

Pursuant to the Order Granting In Part and Denying In Part Plaintiff's Post-Trial Motion Regarding Damages, Attorney Fees and Costs, Pre-Judgment Interest, and Request for Entry of Final Judgment of Judge Christine M. Arguello entered on November 25, 2014 it is

    ORDERED that the Plaintiff shall be awarded $243,711.95 in attorney fees; it is

    FURTHER ORDERED that Plaintiff shall be awarded $1,399,449.00 in total damages; it is

FURTHER ORDERED that Plaintiff shall be awarded $10,146.42 in costs ($20,800.24 minus $9,142.57 in expert witness fees and $1,511.25 in mediation costs); it is

FURTHER ORDERED that the damages and costs award shall be subject to a prejudgment interest rate of 8% per annum, as of November 11, 2011; it is

FURTHER ORDERED that the damages and costs award shall be subject to a postjudgment interest rate 0.14%; it is

FURTHER ORDERED that this case is DISMISSED in its entirety.

Dated at Denver, Colorado this 26th day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Sandra Hartmann

Sandra Hartmann
Deputy Clerk

APPROVED BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge